1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BLUE

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,         )
11                                    )   No. CR 13-00705-JST
                    Plaintiff,        )
12                                    )   STIPULATION TO CONTINUE;
   vs.                                )   [PROPOSED] ORDER CONTINUING
13                                    )   CASE AND EXCLUDING TIME UNDER
   NOAH BLUE,                         )   THE SPEEDY TRIAL ACT
14                                    )
                    Defendant.        )
15 _____  )

16
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the
17
   STATUS HEARING date of December 20, 2013 presently scheduled at 9:30 a.m., before the
18
   Honorable John S. Tigar, be vacated and re-set for January 17, 2014 at 9:30 a.m. for TRIAL OR
19
   MOTIONS SETTING OR DISPOSITION HEARING.
20
        The reason for this request is that defense counsel is continuing to review, organize,
21
   and investigate discovery in this case. The case involves multiple charges, forensic evidence,
22
   a search warrant, and other complexities.
23
        The parties agree and stipulate that the time until January 17, 2014 should be excluded,
24
   under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the
25
   granting of the continuance outweigh the bests interests of the public and the defendant in a
26

                                            1

speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date   12/19/13

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant BLUE

Date   12/19/13

/s/
Brian Lewis
Assistant United States Attorney

## ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts including the review, organization, and investigation of discovery. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter be continued to January 17, 2014 at 9:30 a.m., and that time be excluded from the date of this order to January 17, 2014 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

December 20, 2013
Date

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2