1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,        )   CASE NO. CR 13-0705 JST
                                    )
14         Plaintiff,                )   **STIPULATION AND [PROPOSED] ORDER TO**
                                    )   **EXCLUDE TIME**
15      v.                          )
                                    )
16 NOAH BLUE,                        )
                                    )
17         Defendants.               )
                                    )
18 _____  )

19      The parties appeared before the Honorable Jon S. Tigar on January 17, 2014, for a status

20 conference before the district court.  With the agreement of counsel for the parties and the defendant, the

21 Court now finds and holds as follows:

22      1.      The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

23 from January 17, 2014, to March 14, 2014.  Failure to grant the requested continuance would

24 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into

25 account the exercise of due diligence and the need for defense counsel to review discovery, conduct

26 investigation, consult with the defendant, and prepare defense motions.

27      2.      Given these circumstances, the Court finds that the ends of justice served by excluding

28 the period from January 17, 2014, to March 14, 2014, 2013, outweigh the best interest of the public and

ORDER EXCLUDING TIME
CR 13-0705 JST

1  the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

2       3.      Accordingly, and with the consent of the defendant, the Court orders that the period from January 17, 2014, to March 14, 2014, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

        IT IS SO STIPULATED.

DATED: January 17, 2014              /s/
                                     JOHN PAUL REICHMUTH
                                     Counsel for Noah Blue


DATED: January 17, 2014              /s/
                                     BRIAN C. LEWIS
                                     Assistant United States Attorney


        IT IS SO ORDERED.

DATED:  January 22, 2014             [signature]
                                     JON S. TIGAR
                                     United States District Judge

ORDER EXCLUDING TIME
CR 13-0705 JST