1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3680
         Facsimile:  (510) 637-3724
7        E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CASE NO. CR 13-0705 JST
                                     )
14 |        Plaintiff,                ) **STIPULATION AND [PROPOSED] ORDER TO**
                                     ) **EXCLUDE TIME**
15 |    v.                            )
                                     )
16 | NOAH BLUE,                       )
                                     )
17 |        Defendants.               )
                                     )
18 |                                  )

19       The parties appeared before the Honorable Jon S. Tigar on May 9, 2014, for a status conference

20 before the district court. With the agreement of counsel for the parties and the defendant, the Court now

21 finds and holds as follows:

22       1.     The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

23 from May 9, 2014, to August 25, 2014. Failure to grant the requested continuance would unreasonably

24 deny defense counsel reasonable time necessary for effective preparation, taking into account the

25 exercise of due diligence and the need for defense counsel to review discovery, conduct investigation,

26 consult with the defendant, prepare any defense motions, and to prepare for trial.

27       2.     Given these circumstances, the Court finds that the ends of justice served by excluding

28 the period from May 9, 2014, to August 25, 2014, outweigh the best interest of the public and the

ORDER EXCLUDING TIME
CR 13-0705 JST

1  defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

2      3.    Accordingly, and with the consent of the defendant, the Court orders that the period from
3  May 9, 2014, to August 25, 2014, be excluded from Speedy Trial Act calculations under 18 U.S.C.
4  § 3161(h)(7)(A) & (B)(iv).

5      IT IS SO STIPULATED.

6  DATED: May 9, 2014          /s/
        JOHN PAUL REICHMUTH
7          Counsel for Noah Blue

9  DATED: May 9, 2014          /s/
        BRIAN C. LEWIS
10          Assistant United States Attorney

12      IT IS SO ORDERED.

14  DATED:  May 9, 2014

        JON S. TIGAR
15          United States District Judge

ORDER EXCLUDING TIME
CR 13-0705 JST