1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,      ) CASE NO. CR 13-0705 JST
                                    )
14 |      Plaintiff,                ) **STIPULATION AND [PROPOSED] ORDER TO**
                                    ) **DISCLOSE REPORT REGARDING**
15 |    v.                          ) **DEFENDANT'S COMPETENCY TO THE**
                                    ) **PARTIES**
16 | NOAH BLUE,                     )
                                    )
17 |      Defendants.               )
                                    )
18 |_____  )

19       The parties appeared before the Honorable Jon S. Tigar on June 13, 2014, for a status conference

20 before the district court.  At that hearing, the Court ordered a competency evaluation pursuant to 18

21 U.S.C. § 4241 et seq to determine whether there is reasonable cause to believe that the defendant is not

22 mentally competent to understand the nature and consequences of the proceedings against him or to

23 assist properly in his defense.  With the agreement of counsel for the parties and the defendant, the Court

24 further orders as follows:

25       1.    The government and the defense are each to receive a copy of the report immediately

26 //

27 //

28 //

ORDER RE DISCLOSURE OF COMPETENCY REPORT
CR 13-0705 JST

upon its completion in anticipation of the July 18, 2014 hearing.

    IT IS SO STIPULATED.

DATED: July 14, 2014            /s/
                  JOHN PAUL REICHMUTH
                  Counsel for Noah Blue

DATED: July 14, 2014            /s/
                  BRIAN C. LEWIS
                  Assistant United States Attorney

  IT IS SO ORDERED.

DATED: July 14, 2014
                  JON S. TIGAR
                  United States District Judge

ORDER RE DISCLOSURE OF COMPETENCY REPORT
CR 13-0705 JST